■ In the Matter of PRISCILLA ABRAMS, Petitioner, v LARRY D. MARTIN, as Justice of the Supreme Court of the State of New York, et al., Respondents. [787 NYS2d 658]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to direct the respondent Larry D. Martin, a Justice of the Supreme Court, Kings County, to sign a judgment in an action entitled *Abrams v Radin & Kleinman,* pending in that court, under index No. 12899/91.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman,* 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought, as the rights of the parties in the underlying action have not been finally determined (*see* CPLR 5011). Florio, J.P., S. Miller, Ritter and Krausman, JJ., concur.